UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 1:06-pt-41-01

v.                                                  Hon. Richard Alan Enslen

COREY J. SPENCER,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 4, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that a Judgment consistent with the Report and Recommendation shall issue.

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
April 19, 2007                                          Richard Alan Enslen
                                                             Senior United States District Judge