UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                       Case No. 1:06-CR-41

COREY J. SPENCER,                  HON. RICHARD ALAN ENSLEN

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge, filed November 13, 2007, is **APPROVED** and **ADOPTED** as the opinion and findings of this Court, subject to change if any objection is made thereto within the time required by law.

2. Defendant shall no longer be required to reside at the K-PEP facility as previously ordered as Special Condition of Supervision number 1 in the Judgment of Revocation dated April 19, 2007. All other General and Special Conditions of Supervision shall remain in effect.

                                                 /s/ Richard Alan Enslen

DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
     November 13, 2007            SENIOR UNITED STATES DISTRICT JUDGE